No. 73–237.  HENRIKSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–238.  MOYNAHAN v. CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 73–245.  DRASKOVICH ET AL. v. PASALICH ET AL. Sup. Ct. Ind.  Certiorari denied.

No. 73–251.  MEILY v. AGRICULTURAL INVESTMENT CORP., S. A., ET AL.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 73–252.  UNITED STATES ET AL. v. SARKISIAN ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 73–253.  LEMAR TOWING CO., INC. v. FIREMAN'S FUND INSURANCE CO.  C. A. 5th Cir.  Certiorari denied.

No. 73–261.  TEXTILE WORKERS UNION OF AMERICA, AFL–CIO v. KAYSER-ROTH CORP.  C. A. 6th Cir.  Certiorari denied.

No. 73–430.  DICKEY ET AL. v. ROBINSON ET AL.  Sup. Ct. N. J.  Certiorari denied.

No. 73–5061.  FRYE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 73–5068.  CLEMENTS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–5087.  BOLAR v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 73–5108.  SPEAKMAN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.